# COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED
10/25/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Jacob Cody Brier

vs

(Full name of defendant(s))

Medical Staff
Nurse Kelly

Case Number:

1:21-cv-02706-SEB-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of ___United___, and is located at
(State)

___4490 West Reformatory Road Pendleton, IN 46064___
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Okay I got to this Prison on Aug 11th of 2021 and All my medical records are here for the staff to make sure I'm safe and okay I've had 17 back surgrys and I have medal rods in my back so I filed a medical slip and a week went by and dident hear nothing so I filled 2 more and still nothing so then I filled a couple of grevinces on the medical staff didnt hear back from them either so one day I seen a nurse and told her about my back pains

and sevre heart pains I been having and to put me on the denisit list to get a bad tooth pulled and she told me thats not a medical emergency so I asked her for her name cause I was going to report her and she wouldent tell me so I had to ask a couple of co's and her name was nurse Kelly! But I been filling medical request after request about these pains and it took them 60 days to see me and then all they have done so far is blood work and a exray still no meds for the pain or heard anything back and that was 10 days ago. And the pain is Just getting worse and worse And the medical deparment here is not trying to help me or give me pain meds. So I'm suffering "heart pains" Back pain's and a tooth pain! And its not just me here doing this too its everybody at this prison! And I have all the paper trial that I have been writting and writting and they still dont see me.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Okay first I want this facility to get better medical staff cause these nurses and Dr's here doesen't care about our saftey and I want 250 thousand doallars for the pain and suffering I am going thro and still to this day nothing has been done just blood work and a xray still no meds to help with the pain and No check ups to check up on my health or saftey.

E.  JURY DEMAND

☐  Jury Demand - I want a jury to hear my case

OR

☑  Court Trial – I want a judge to hear my case

Dated this __10__ day of __20__ 20_21_.

Respectfully Submitted,

___Jacob Brien___
Signature of Plaintiff

___228552___
Plaintiff's Prisoner ID Number

___Pendleton Correctional Facility___
___4490 West Reformatory Road Pendleton, IN, 46064___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.